IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JERMAINE CRUMP**                                                                  **PETITIONER**

**v.**                                                           **No. 3:18CV214-SA-RP**

**JOE ERRINGTON, ET AL.**                                        **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, 1st day of March, 2022.

                                                       /s/ Sharion Aycock
                                                       U. S. DISTRICT JUDGE